DONALD L. WHITE v. THE BOROUGH OF BERNARDSVILLE.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE SHERROD.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS BARBELLA.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTIAN HICKS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG PRISTELL.

May 19, 1987.

Petition for certification denied.